JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAQUAN RAE'MONE HOUSTON,

    Petitioner,

vs.

A. HEDGPETH, Warden,

    Respondent.

Case No. CV 08-4620-PA (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 19, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE